# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

J. K.

                Plaintiff,

v.                 Case No.: 1:24–cv–07644
                              Honorable Franklin U. Valderrama

Advanced Reproductive Health Center, Ltd.
D/B/A Chicago IVF

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 25, 2024:

    MINUTE entry before the Honorable Franklin U. Valderrama: The Court grants attorney Tyler Somes's motion to appear pro hac vice [9]. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.