IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| J.K et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 24-cv-07644 |
| v. | ) | |
| | ) | Judge: Franklin U. Valderrama |
| Advanced Reproductive Health Center, Ltd | ) ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Advanced Reproductive Health Center, Ltd. ("ARHC"), through its attorneys, respectfully requests that the Court grant this unopposed motion for extension of time to answer or otherwise plead. In support of this motion, Defendants states as follows.

1. This case was filed on August 23, 2024 (Dkt. #1), and Defendant was served on September 24, 2024 (Dkt. #11). Accordingly, the answer or responsive pleading is due on or before October 15, 2024.

2. This case is similar to another lawsuit filed in this district before Judge Pacold, *A.M. v. Advanced Reproductive Health Center*, Case No. 24-cv-07599. The answer or responsive pleading in that case is currently due on or before October 24, 2024.

3. Defendant is concurrently preparing a motion for relatedness, reassignment, and consolidation pursuant to Local Rule 40.4 and Fed. R. Civ. P. 42(a) before Judge Pacold.

4. Additionally, Defendant is working with its insurance carriers to evaluate potential coverage given the allegations in both lawsuits. The determination of insurance coverage will have significant implications for this case, including whether Defendant will be represented by counsel appointed by the insurer.

5. Given the complexities of the allegations and legal theories in both complaints, Defendant is also conducting its own investigation and requires additional time to prepare an answer or other responsive pleading.

6. Defendant's counsel has conferred with Plaintiffs' counsel, and Plaintiffs do not object to the Court granting this motion.

7. Defendant's motion for an extension of time is not intended to cause undue delay. Due to the circumstances and the timing of counsel's retention, an additional thirty (30) days is necessary to prepare an appropriate answer or responsive pleading.

WHEREFORE, Defendant respectfully requests that the Court grant it an additional thirty (30) to November 13, 2024 to file its answer or responsive pleading.

    Respectfully submitted,

    Advanced Reproductive Health Center, Ltd

    By: /s/ Walker R. Lawrence
        One of Defendant's Attorneys

Walker R. Lawrence – #6296405
wlawrence@levinginsburg.com
Howard L. Teplinsky – #6197501
hteplinsky@levinginsburg.com
LEVIN GINSBURG
Attorneys for Plaintiffs
180 North LaSalle Street, Suite 2750
Chicago, Illinois 60601-2713
Telephone: 312-368-0100
Telefax: 312-368-0111

## **CERTIFICATE OF SERVICE**

    I, Walker R. Lawrence, an attorney, hereby certify on October 15, 2024 that I caused a copy of the foregoing *Unopposed Motion For Extension of Time To Answer or Otherwise Plead* to be served upon all counsel of record via the Court's CM/ECF system.

                                                               By: /s/ Walker R. Lawrence